ORIGINAL
*Lynch, J.*

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: John E. Gura, Jr.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel.: (212) 637-2712
john.gura@usdoj.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
SHARAE ROBINSON,                    :
                                    :   STIPULATION AND
                    Plaintiff,      :   ORDER OF DISMISSAL
                                    :
        -v-                         :   07 Civ. 8036 (GEL)
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of                     :
Social Security,                    :
                                    :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - - x

WHEREAS the Commissioner denied plaintiff's request for review because it was not timely filed with the Appeals Council of the Social Security Administration, and;

WHEREAS the parties wish to settle this matter without further litigation;

IT IS HEREBY STIPULATED AND AGREED by the attorneys for the parties that this action is voluntary dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs. It is further agreed that the Commissioner shall, upon dismissal of this action, accept plaintiff's request for review to the Appeals Council as timely filed.

Dated: New York, New York
       December 12, 2007

                              _____
                              JEFFREY DELOTT, ESQ.
                              Attorney for Plaintiff
                              366 North Broadway
                              Suite 410
                              Jericho, New York 11753
                              Telephone No. (516) 939-2999


                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant

                        BY: _____
                              JOHN E. GURA, JR.
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Telephone No. (212) 637-2712


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

12/18/07